IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF OHIO LABORERS' FRINGE BENEFIT PROGRAMS, | : : : : | Case No. 2:14-cv-02562 |
| Plaintiff, | : : | JUDGE ALGENON L. MARBLEY Magistrate Judge Kemp |
| v. | : : | |
| P22 UTILITY RESTORATION, INC., | : : | |
| Defendant. | : | |

**ORDER**

This matter comes before the Court by way of the Magistrate Judge's Report and Recommendation, recommending that Plaintiff's motion for default judgment, (Doc. 10), be granted and judgment be entered against the Defendant in the amount of $4,600.46 in unpaid contributions and other amounts, $1,976.25 for attorney's fees, and interest from the time of judgment at the rate of 1% per month. (Doc. 12 at 3). The parties were specifically advised of their right to object to the Report and Recommendation within fourteen days and of the consequences of their failure to do so. (*Id.* at 3-4). No objection has been filed.

Since neither party has objected, and the deadline for such objections has elapsed, this Court **ADOPTS and AFFIRMS** the Magistrate Judge's Report and Recommendation. The motion for default judgment is hereby **GRANTED** and this case is **DISMISSED**. The clerk is directed to enter Judgment in favor of the Plaintiff in the amount of $4,600.46 unpaid contributions and other amounts, $1,976.25 for attorney's fees, and interest at the rate of 1% per month from the date of this Order.

**IT IS SO ORDERED.**

                                          **/s/ Algenon L. Marbley**
                                          **ALGENON L. MARBLEY**
                                          **UNITED STATES DISTRICT JUDGE**

**DATED: October 5, 2015**